# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNARD GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHAN MARTIN, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00594-SAB<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(ECF No. 8) |

As relevant here, on July 17, 2025, the Court screened the first amended complaint filed by Plaintiff Richard Bernard Gray, who is proceeding *pro se*. (ECF No. 6.)  The Court gave Plaintiff leave to file a second amended complaint with a 30-day deadline. (Id.)  Plaintiff timely complied and filed a second amended complaint on August 15, 2025. (ECF No. 7.)  Yet, on August 21, 2025, Plaintiff moved for an extension of time to file an amended complaint. (ECF No. 8.)  Because Plaintiff has already complied with the Court's order and filed a second amended complaint, the Court DENIES the motion for an extension (ECF No. 8) as moot.  The Court will screen the second amended complaint in due course.

IT IS SO ORDERED.

Dated: **August 22, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge