UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNARD GRAY, | Case No. 1:25-cv-00594 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |
| v. | |
| JOHNATHAN MARTIN, et al., | |
| Defendants. | |

Richard Bernard Gray, who is proceeding *pro se* and *in forma pauperis*, commenced this action on May 20, 2025.  (Doc. 1.)  As relevant here, on December 19, 2025, the assigned magistrate judge screened Plaintiff's second amended complaint, found that it did not state a claim upon which relief may be granted, and issued Findings and Recommendations recommending dismissing this action without prejudice for failure to state a claim, failure to prosecute, and/or failure to comply with a court order.  (Doc. 12.)  That order informed Plaintiff that he had 14 to object to the findings and recommendations and warned him that "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id*. at 10 (*citing Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 12) filed December 19, 2025, are **ADOPTED** in full.

2. This matter is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE